B3B (Official Form 3B) (11/11) — Cont.

# UNITED STATES BANKRUPTCY COURT

In re: Patricia Gross       Case No. 12-20820
Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 76.50 on or before 6-22-12
$ 76.50 on or before 7-23-12
$ 76.50 on or before 8-22-12
$ 76.50 on or before 9-24-12

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
                                                                (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 6-15-12

BY THE COURT:
Eugene R. Wedoff
United States Bankruptcy Judge

12 B 20820
Patricia Ann Gross

## CERTIFICATE OF SERVICE

I, Dorothy Clay, certify that on June 15, 2012, I caused to be served copies of the foregoing document to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Dorothy Clay*
Secretary/Deputy Clerk

### Electronic Service through CM/ECF System

Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Trustee
Alex D Moglia, ESQ
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173

### VIA FIRST CLASS MAIL

Patricia Ann Gross
4420 W. Lexington
Chicago, IL 60624
Debtor(s)